## EX PARTE PORTER v. TENNESSEE C., I. & R. R. CO.

(Decided June 17, 1915.    Rehearing denied July 2, 1915.)

CERTIORARI to Court of Appeals.

W. A. DENSON, for petitioner.    PERCY, BENNERS & BURR, contra.

GARDNER, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *Leana Porter v. Tennessee Coal Iron & R. R. Co.*, 68 South. 808.

All the Justices concur.

---

## EX PARTE SALMON, ET AL. v. SALMON.

(Decided June 21, 1915.)

CERTIORARI to Court of Appeals.

JAMES W. STROTHER, for petitioners.    No counsel marked contra.

SAYRE, J.—Writ denied in banc to review the judgment and decision of the Court of Appeals in the case of *Salmon, et al. v. Salmon*, 69 South. 304.

---

## EX PARTE SEABOARD AIR LINE RY. CO. v. ROY.

(Decided June 17, 1915.)

CERTIORARI to Court of Appeals.

STEINER, CRUM & WEIL, for petitioner.    CHARLES L. HAROLD, contra.

SOMERVILLE, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *Seaboard Air Line Ry. Co. v. J. D. Roy*, 69 South 233.

All the Justices concur.